# EXHIBIT
# 4

RUFINA REYES YANEZ,
**Plaintiff**

vs.

AMERICAN GENERAL LIFE
INSURANCE COMPANY,
**Defendant**

IN THE DISTRICT COURT

341st JUDICIAL DISTRICT

WEBB COUNTY, TEXAS

## PLAINTIFF'S SUPPLEMENT TO HER MOTION TO SET ASIDE THE MAY 13, 2015, SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Plaintiff, RUFINA REYES YANEZ, files her supplement to the motion to set aside the summary judgment granted in favor of Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY and shows:

1.      The cases are legion in which summary judgments have been set aside because the Trial Court rendered judgment on an issue that was a jury issue.

2.      Whether Plaintiff had a reasonable excuse for her delay in filing a claim is a jury issue.

3.      Whether Defendant is guilty of conversion is a jury issue.

4.      The date that Defendant first learned that JULIO A. YANEZ had died is a jury issue and not one for alleged plausible denial by Defendant.

5.      A Trial Court commits reversible error when it grants summary judgment in favor of a party that has failed to prove entitlement to summary judgment as a matter of law.

AT, 05.2015, YANEZ, CAUSE NO. 2014CVF000504-D3
PLAINTIFF'S SUPPLEMENT TO HER MOTION TO SET ASIDE THE MAY 13, 2015, SUMMARY JUDGMENT

1

6.     Plaintiff never did understand why the Honorable BECKIE PALOMO referred the motion for summary judgment to the Honorable OSCAR J. HALE inasmuch as Judge PALOMO could have decided the case by written submission. Parties are not entitled to an oral hearing of a motion for summary judgment, no record is made fo the hearing, no evidence is submitted at the hearing, and the motion is to be decided upon the motion and its admissible exhibits and the response and its admissible exhibits.

Respectfully submitted,

ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas 78040-0544
Tel: (956) 726-1638
Email: armando_trevinolaw@hotmail.com
Attorney for Plaintiff
RUFINA REYES YANEZ

## CERTIFICATE OF SERVICE

I hereby certify that on the _12th_ day of June, 2015, a true and correct copy of the above and foregoing was served on JASON A. RICHARDSON, EDISON, McDOWELL & HETHERINGTON LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com.

ARMANDO TREVINO

AT, 05.2015, YANEZ, CAUSE NO. 2014CVF000504-D3
PLAINTIFF'S SUPPLEMENT TO HER MOTION TO SET ASIDE THE MAY 13, 2015, SUMMARY JUDGMENT

2